UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
U.S. D.I.D. CORP.,

                Plaintiff,             12-CV-4023 (JMF)

      v.

WINDSTREAM
COMMUNICATIONS, INC.,

                Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/12

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE**, that U.S. D.I.D. Corp., the plaintiff herein, hereby dismisses this action without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                              **ROSEN & ASSOCIATES, P.C.**
                              Attorneys for U.S. D.I.D. Corp.

                              By: /s/ Sanford P. Rosen
                                  Sanford P. Rosen

**SO ORDERED:**

_____
Hon. Jesse M. Furman
United States District Judge
June 22, 2012

                              747 Third Avenue
                              New York, NY 10017-2803
                              Tel.: (212) 223-1100
                              Fax: (212) 223-1102
                              srosen@rosenpc.com